04-00038
USDCRI
Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1201

UNITED STATES,

Appellee,

v.

RYAN BILBY,

Defendant, Appellant.

Before

Selya, Lynch and Howard,
Circuit Judges.

JUDGMENT

Entered: June 16, 2006

After careful review of the Anders brief and record, we conclude that there is no non frivolous basis for appeal. Consequently, counsel's motion to withdraw is granted and the judgment is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 8/8/06

[cc: William T. Murphy, Esq., Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA, Ryan Bilby]