**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 04-38** |
| | : | |
| **RYAN BILBY** | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO "DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1.B1.10, 2D1.1"**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney and hereby moves that the time for filing a response to Ryan Bilby's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1, be enlarged up to and including February 11, 2008.

This motion prematurely raises novel issues based on a recent retroactive revision of the sentencing guidelines governing cases involving crack cocaine. The United States expects to be inundated with such motions and is crafting a uniform approach and response. The Government has also been conferring with the Probation Office and expects to confer with the Federal Defender's Office regarding these matters. The defendant is serving a sentence of 66 months and will not be prejudiced by a brief delay. He is presently scheduled to be released on November 15, 2008.

The United States therefore requests a thirty (30) day enlargement up to and including February 11, 2008.

UNITED STATES OF AMERICA
By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant United States Attorney
RI Bar No. 3309
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2008, I caused a copy of the within "Government's Motion for Enlargement of Time to Respond to 'Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1.B1.10, 2D1.1'" to be served by way of the Electronic Case Filing System upon Edward C. Roy, counsel for the defendant.

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant United States Attorney
RI Bar No. 3309
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
stephen.dambruch@usdoj.gov