**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 04-38T** |
| | ) | |
| **RYAN BILBY** | ) | |

---

**UNOPPOSED MOTION TO ENLARGE**

Now comes counsel for the defendant, Ryan Bilby, and moves this Honorable Court to enlarge the time for the government to respond to defendant's motion for sentence reduction to February 21, 2008.

Respectfully submitted,

/s/ Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Stephen Dambruch, AUSA on the 15th day of February 2008.

/s/ Edward C. Roy