IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 22 2008
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-38T |
| | ) | |
| RYAN BILBY | ) | |

STIPULATION REGARDING MODIFICATION OF SENTENCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level 29

   Criminal History Category I

   87 to 108 months imprisonment

   3 to 5 years supervised release

   $15,000 to $4,000,000 fine.

3. Defendant was sentenced on January 14, 2005 to 66 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 27

Criminal History Category I

70 to 87 months imprisonment

3 to 5 years supervised release

$12,500 to $4,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant has had no infractions during that reporting time.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 60 months, or a release date of March 3, 2008, whichever renders a release date that occurs latest, is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

EDWARD C. ROY
Counsel for Defendant

2/21/08
Date

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

02/21/2008
Date