Case 1:04-cr-00038-ML-DLM   Document 47   Filed 02/29/08   Page 1 of 1 PageID #: 19
AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan Bilby | ) | Case No: 1:04-CR-00038-01-T |
| | ) | USM No: 05446-070 |
| Date of Previous Judgment: 02/04/2005 | ) | Edward C. Roy |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✓ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   ✓ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___66 months___ months **is reduced to** ___time served as of 3/3/08___ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___29___             Amended Offense Level: ___27___
Criminal History Category: ___I___           Criminal History Category: ___I___
Previous Guideline Range: __87__ to __108__ months    Amended Guideline Range: __70__ to __87__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

✓ Other (explain):   Downward variance based on disproportionate sentence increase in crack cocaine cases, cooperation displayed when police went to defendant's home, low level participant, age, and no violence/firearm was involved.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated ___02/04/2005___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   2/26/08

Effective Date:   03/03/2008
(if different from order date)

Judge's signature: Ernest C. Torres

Ernest C. Torres, Senior U.S. District Judge
Printed name and title