AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
Ryan Bilby

Case No: 1:04-CR-00038-01-T
USM No: 05446-070
Edward C. Roy
Defendant's Attorney

Date of Previous Judgment: 02/04/2005
(Use Date of Last Amended Judgment if Applicable)

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✓ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

❒ DENIED. ✓ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 66 months months **is reduced to** time served as of 3/3/08.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

✓ Other (explain): Downward variance based on disproportionate sentence increase in crack cocaine cases, cooperation displayed when police went to defendant's home, low level participant, age, and no violence/firearm was involved.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 02/04/2005 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2/26/08

Ernest C. Torres
Judge's signature

Effective Date: 03/03/2008
(if different from order date)

Ernest C. Torres, Senior U.S. District Judge
Printed name and title